**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| LARRY BROWN, GARY ALBERT, and STACI ALBERT, individually and on behalf of all others similarly situated, | ) | |
| Plaintiffs, | ) | |
| -vs- | ) | Case No. CIV-25-1473-SLP |
| AIRGAS SPECIALTY PRODUCTS, INC., et al., | ) | |
| Defendants. | ) | |

**ORDER OF RECUSAL**

Pursuant to 28 U.S. C. § 455, I recuse from the above-referenced case and direct the Clerk of the Court to place this case number in the random draw for reassignment to another judge of this court.

IT IS SO ORDERED this 11th day of December, 2025.

SCOTT L. PALK
UNITED STATES DISTRICT JUDGE