# UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF OKLAHOMA

Larry Brown et al.

Plaintiff(s)

vs. Case Number: CIV-25-1473-HE

Airgas Specialty Products, Inc. et al.

Defendant(s)

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed.R.Civ.P. 7.1.,which states:

> A nongovernmental corporate party to an action or proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

Airgas Specialty Products, Inc.

[name of party]

who is a (check one) ☐ PLAINTIFF ☑ DEFENDANT in this action, makes the following disclosure:

1. **Is party a publicly held corporation or other publicly held entity?**

   (Check one) ☐ YES ☑ NO

2. **Does party have any parent corporations?**

   (Check one) ☑ YES ☐ NO

   If YES, identify all parent corporations, including grandparent and great-grandparent corporations:

   Airgas Specialty Products, Inc. is a wholly-owned subsidiary of Airgas, Inc., which is itself a wholly-owned, indirect subsidiary of L'Air Liquide S.A.

3. **Is 10% or more of the stock of party owned by a publicly held corporation or other publicly held entity?**

   (Check one) ☑ YES ☐ NO

   If YES, identify all such owners:

   L'Air Liquide S.A., which is traded on the Paris Euronext stock exchange.

4. **Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?**

(Check one) ☐ YES ☑ NO

If YES, identify entity and nature of interest:

5. **Is party a trade association?**

(Check one) ☐ YES ☑ NO

If YES, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock:

**DATED** this 16 day of December , 2025.

/s/ J. Todd Woolery
Signature
J. Todd Woolery 18882
Printed Name Bar Number
McAfee & Taft A Professional Corporation
Firm Name
Eighth Floor, Two Leadership Square
Address
211 N. Robinson OK 73102
City State ZIP
Oklahoma City 405-235-0439
Phone Fax
todd.woolery@mcafeetaft.com
Email Address

## CERTIFICATE OF SERVICE

I hereby certify that on December 16, 2025 (Date), I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants (names only are sufficient):

Clay Bruner

I hereby certify that on ______________ (Date), I served the same document by

☐ U.S. Postal Service ☐ In Person Delivery

☐ Courier Service ☐ E-Mail

on the following, who are not registered participants of the ECF system:

Name(s) and Address(es):

/s/J. Todd Woolery

Signature