# EXHIBIT 1

**IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| Larry Brown, Gary Albert, and Staci Albert, individually and on behalf of all others similarly situated,<br>Plaintiffs,<br><br>vs.<br><br>Airgas Specialty Products, Inc.; Airgas, Inc.; IHG Hotels & Resorts, PLC; IHG Franchisor, LLC; and Champion Hotels and Development Company of Oklahoma, LLC; and John Does 1-10<br>Defendants. | ) | Case No. CIV-25-1473-SLP<br><br>*Removed from the District Court of Custer Court, State of Oklahoma, Case No. CJ-2025-149* |

**AFFIDAVIT OF JERRY W. THOMAS**

STATE OF OKLAHOMA )
)
COUNTY OF CUSTER )

I, Jerry W. Thomas, of lawful age, having first been duly sworn, depose and state as follows:

1. I am the Chief Executive Officer of Decision Analyst, Inc. A true copy of my curriculum vitae is attached as Exhibit A to this affidavit.

2. I have personal knowledge of the information in this affidavit.

3. Decision Analyst is an independent marketing research firm, headquartered in Arlington, TX, with 80 full-time employees located in 14 U.S. states and Canadian provinces. Decision Analyst is one of the largest privately owned research and analytic firms in North America. Since 1978, the firm has provided marketing research and analytical services to major corporate clients in North America and the European Union, primarily. The firm has been a long-term member of the Insights Association (the organization for the survey-research industry in the U.S.) and ESOMAR (the international association for social, political, and marketing research) Decision Analyst is committed to the highest quality standards and maintains certification to ISO/IEC 27001:2022 (the international organization that sets and administers quality standards for businesses and organizations).

4. It is my understanding that, on November 12th, 2025, at about 10 p.m., an evacuation and shelter-in-place began in a section of Weatherford, Oklahoma after a tanker truck leaked anhydrous ammonia.

5. Plaintiffs in the above-styled case hired me and my team to conduct a survey to determine how many people in the evacuation and shelter-in-place zones after the anhydrous ammonia leak were citizens of Oklahoma. Experts in our field routinely rely on survey data to draw empirical conclusions about a population within a precisely defined geographic area.

6. Along with our subcontractor, Shapard Research of Oklahoma City, we conducted an in-person survey of households in the evacuation and shelter-in-place zones. A true copy of the map of the evacuation and shelter-in-place zones we used is attached as Exhibit B to this affidavit. Two pairs of interviewers, each with a separate supervisor, went door-to-door within the evacuation and shelter-in-place zones, starting the morning of January 2 until the afternoon of January 3, 2026. If someone answered the door, the interviewers introduced themselves and administered the survey. The interviews were conducted on tablet computers. Two research supervisors were also present to direct the interviewers and ensure an attempt was made to cover every observable and inhabited residence in the zones. This is the gold standard for this kind of research. A total of 185 interviews were administered in-person. The survey was drafted by Decision Analyst,

programmed in our secure, proprietary survey platform, Logician®, and hosted on our secure web servers on the Amazon Cloud (AWS). A true copy of the in-person survey script we used is attached as Exhibit C to this affidavit.

7. If no one was available at a residence, or did not have time, we left a letter and QR code (survey link) so the survey could be filled out online by a resident. A true copy of the online survey is attached as Exhibit D to this affidavit. We received 48 responses to the online survey, bringing the total number of responses to 233. We closed the online survey on the morning of January 7, 2026.

8. Based on our tabulation and analysis of the survey data, 98.7% of the people present in, and lived in, the households in the evacuation and shelter-in-place zones were citizens of Oklahoma. Specifically, 585 of the 593 who were present in, and lived in, the households in the evacuation and shelter-in-place zones on November 12 and 13 were citizens of Oklahoma. We estimate the minimum percentage among those who were present in, lived in, plan to remain in Oklahoma, and were present in the evacuation and shelter-place-zones (that is, were citizens of Oklahoma) is no less than 97.3%. This result is statistically true at a 99% level of confidence.

9. Decision Analyst estimates that there was a total of 943 individuals who were present in, and living in, the evacuation and shelter-in-place zones on November 12 and 13, based on projection of this survey's results. Of these, we estimate that 930 were citizens of Oklahoma, plus or mins 13 at a 99% confidence level. This is based on estimates of the number of residences from the EPA event map and findings from the survey, so the actual error range could be slightly greater than 13. This estimate does not include residents of the Corn Heritage Village.

**FURTHER AFFIANT SAYETH NAUGHT.**

/s/ Jerry W. Thomas

**Jerry W. Thomas, Chief Executive Officer of Decision Analyst**

SUBSCRIBED AND SWORN to before me this 7th day of January 2026.

NOTARY PUBLIC

Donna Berthold

My Commission Number:

126016103

Donna Berthold
My Commission Expires
3/30/2027
Notary ID 126016103

My Commission Expires:

3/30/2027

# EXHIBIT A

**Jerry W. Thomas**
**1309 W. Sanford**
**Arlington, Texas 76012**

---

**WORK HISTORY**

**Sept. 1978 to Present** — **Decision Analyst — Arlington, Texas**

CEO, Chairman of the Board. Founded company in 1978. Currently Decision Analyst, Inc. is a leading marketing research and analytical consulting firm with over 80 employees, serving major U.S. corporations throughout the United States, Canada, Europe, Asia and Latin American. Decision Analyst has conducted over 20,000 custom research projects since its inception. During my 47 years at Decision Analyst, I have personally conducted, or been involved in, over 1,500 different marketing research projects, including studies about advertising awareness, advertising message recall and communication, ad identification, branding, and brand imagery)—for leading U.S. brands.

**June 1969 to July 1978** — **M/A/R/C — Irving, Texas**

M/A/R/C is a large survey research firm headquartered in the D/FW area.

1976 to 1978 — Senior Vice President. Responsible for managing all client service in western half of United States

1974 to 1976 — Vice President. Responsible for managing client service in Southwestern United States.

1969 to 1974 — Account Executive. Managed selected clients in Texas area.

**March 1966 to June 1969** — **Kraft-Heinz Foods** (Anderson Clayton Foods acquired by Kraft)

1968 to 1969 — Product Manager — new products. Responsible for managing the development of new food products.

| | |
|---|---|
| 1967 to 1968 | Product Manager — Chiffon margarine. Marketing and budget responsibility for a $20 million brand. |
| 1966 to 1967 | Assistant Product Manager — helped manage several smaller food brands. |
| **Sept. 1964 to March 1966** | **Hallmark Cards — Kansas City, Missouri** |
| 1965 to 1966 | Product Planner — Responsible for marketing plans and product line planning for all stationery products. |
| 1964 to 1965 | Trainee — Recruited by Hallmark from graduate school to participate in accelerated management training program. |

**PUBLICATIONS**

A widely published author of articles and white papers on economics, marketing, marketing research, new product development, and innovation.

**EDUCATION**

University of Texas at Austin, M.B.A. degree in 1964 with a focus on marketing and statistics.

University of Texas at Arlington, B.B.A. degree in 1963 with emphasis on marketing and economics.

Postgraduate work in economics and mathematics at SMU in early 1970s.

**OTHER ACCOMPLISHMENTS AND ACTIVITIES**

- Chairman of MSMR Advisory Board, Master of Science in Marketing Research program, University of Texas at Arlington (UTA, 1994-2007).
- Member, MSMR Advisory Board (UTA, 1994-2025).
- Carl McDaniel Award for service to marketing research education, UTA.
- Member, President's Advisory Council, UTA, 2002-2025.
- Member, College of Business Advisory Board, UTA, 2005-2025.
- Named Distinguished Alumni (UTA, 2000).
- Named to UTA Army ROTC's Hall of Honor, 2001.
- Member, Board of Directors, CASRO (Council of American Survey Research Organizations, now called the Insights Association), 2003-2008.
- Co-Chair, CASRO Marketing Conference, 2002-2004.

- Co-Chair, CASRO International Marketing Research Conference, 2004-2006.
- Member, Publicity Committee, CASRO, 1998 to 2004.
- Member, Membership Committee, CASRO, 1993 to 1998.
- Corporate Member, CASRO/Insights Association, 1990-2025
- Member of ESOMAR (European Society for Opinion and Marketing Research) 2003-2025.
- Member of American Association for Public Opinion Research (AAPOR), 2010-2025.
- Outstanding Marketing Student, UTA, 1962-1963.
- Top cadet in Southwestern U.S. at Army ROTC Boot Camp, Fort Sill, OK, 1962.
- All American Pistol Team, UTA Army ROTC, 1962-1963.
- Army ROTC Trainfire Rifle Champion, Fort Sill, OK, 1962.
- Deputy Commander, Army ROTC Cadet Corps, UTA, 1962-1963.
- Distinguished Military Student, UTA, 1962-1963.
- Chairman, Student Activities Committee, UTA, 1962-1963.
- Student Council Member, UTA, 1961-1963.
- First Place, Freshmen Writing Competition, UTA, 1960.

**PERSONAL**

Betty Ann Thomas, wife since 1964
Three children (Jason, Justin, Jonathan)
Health - excellent
Hobbies/Interests—Forestry, Nature, Economics, Mythology, Anthropology, Cosmology, Science, Sailing, Farming, Vegetable Gardening, Investments

# EXHIBIT B


E Davis Ave
E Davis Ave
E Davis Rd
N Washington Ave
Terrace Dr
Camelot Dr
Kingsway St
Sherwood Dr
Claremont Dr
Stonegate Dr
Lantern Ln
El Dorado St
E Ridgeway St
Heartland Animal Hospital
E Main St
N Circle Dr
N Elm St
Circle
Maple St
Walnut St
Pecan St
E Proctor Ave
Cypress Dr
Heartland of America Museum
N 2415 Rd
Google Maps

# EXHIBIT C

**Exhibit C - Weatherford Oklahoma In-Person Survey**

**QUESTIONNAIRE MAP**

| | | |
|---|---|---|
| **S1** | **TYPE:** Single Response | **ALIAS:** In-Person Introduction |
| | **LOGIC INSTRUCTIONS:**<br>IF CODE 2, DNQ1 AND SKIP TO CLOSE. | |

Hello, my name is (NAME) with Decision Analyst, a survey research firm.

We have a few quick questions about the ammonia leak and evacuation and shelter in place order that occurred in Weatherford, Oklahoma on November 12th, 2025. Your answers are completely confidential. It will only take about 2 minutes of your time.

(ONLY IF ASKED:) A law firm that might represent the residents of the evacuation and shelter in place area is sponsoring the survey, but your identity and your individual answers will not be shared with the law firm (they will only receive statistical summaries of the results).
(Choose One Answer)

1 Continue
2 Refused

(PAGE BREAK)

| | | |
|---|---|---|
| **S2** | **TYPE:** Single Response | **ALIAS:** Age 18+ Confirmation |
| | **LOGIC INSTRUCTIONS:** | |

Just to confirm, are you 18 years of age or older?
(Choose One Answer)

1 Yes
2 No

(PAGE BREAK)

| | | |
|---|---|---|
| **S3** | **TYPE:** Single Response | **ALIAS:** Adult HH Member Available |
| | **LOGIC INSTRUCTIONS:** ASK IF S2 CODE 2; OTHERWISE, SKIP TO Q1.<br>IF CODE 2 or 3 DNQ2 AND SKIP TO CLOSE. | |

May I speak to an adult member of the household, aged 18 years or older?
(Choose One Answer)

1 Yes
2 No
3 Not at this time, but later

(PAGE BREAK)

| Q1 | TYPE: Single Response | ALIAS: Subject To Evacuation |
|---|---|---|
| | LOGIC INSTRUCTIONS: SHOW MAP IMAGE. | |

(IMAGE: Images/Map.jpg)

On November 12, 2025 at about 10 p.m. an evacuation and shelter in place order began in a section of Weatherford, Oklahoma, shown in the map above, after a tanker truck leaked anhydrous (AN-HY-drus) ammonia.

Were you subject to the evacuation or shelter in place order? That is, were you in the evacuation or shelter in place area at the time of the order, or not?
(Choose One Answer)

1 Yes, inside the evacuation or shelter in place area and subject to the order
2 No, not inside the evacuation or shelter or place area and not subject to the order
3 Not sure

(PAGE BREAK)

| Q2 | TYPE: Single Response | ALIAS: Resident At Time Of Evacuation |
|---|---|---|
| | LOGIC INSTRUCTIONS: | |

To confirm, were you a resident of Oklahoma during the evacuation and shelter in place period on November 12 and 13? That is, did you live in Oklahoma at that time?
(Choose One Answer)

1 Yes, resident of Oklahoma on November 12th and 13th (lived in Oklahoma at that time)
2 No, not a resident of Oklahoma

(PAGE BREAK)

| Q3 | TYPE: Single Response | ALIAS: Plan To Stay In OK |
|---|---|---|
| | LOGIC INSTRUCTIONS: | |

Do you plan to live in Oklahoma for the foreseeable future?
(Choose One Answer)

1 Yes, I plan to live in Oklahoma for the foreseeable future
2 No, I do not plan to live in Oklahoma for the foreseeable future

(PAGE BREAK)

| Q4 | TYPE: Numeric Open End | ALIAS: People In HH At Time Of Evacuation |
|---|---|---|
| | LOGIC INSTRUCTIONS: | |

How many people, including yourself and any other adults and children, lived in your household and were present in your home at the time of the evacuation and shelter in place order on November 12 and 13?
(Please Type A Whole Number In The Box Below)

Q4 [ ]

(PAGE BREAK)

(Q5 OMITTED)

| Q6 | **TYPE:** Numeric Open End | **ALIAS:** Others Plan To Stay |
|---|---|---|
| | **LOGIC INSTRUCTIONS:** ASK IF 2+ AT Q4; OTHERWISE, SKIP TO CLOSE. VALIDATE ANSWER IS EQUAL OR LESS THAN Q4. | |

Including yourself and any adults and children, how many people who lived in your household and were present in your home at the time of the evacuation and shelter in place order on November 12 and 13, **plan to live in Oklahoma for the foreseeable future?**
(Please Type A Whole Number In The Box Below)

Q6 [ ]

(PAGE BREAK)

| T1 | **TYPE:** HTML / Text Block | **ALIAS:** Exit Text |
|---|---|---|
| | **LOGIC INSTRUCTIONS:** | |

Thank you for your time today.

(PAGE BREAK)

Copyright © 2026 Decision Analyst

# EXHIBIT D

**Exhibit D - Weatherford Oklahoma Online Survey**

**QUESTIONNAIRE MAP**

| | | |
|---|---|---|
| **S1A** | **TYPE:** HTML / Text Block | **ALIAS:** Self-Administered Introduction |
| | **LOGIC INSTRUCTIONS:** | |

Thank you for your time today.

We have a few quick questions about the ammonia leak and evacuation and shelter in place order that occurred in Weatherford, Oklahoma on November 12th, 2025. Your answers are completely confidential. It will only take about 2 minutes of your time.

Please click "Continue" to begin the survey.

(PAGE BREAK)

| | | |
|---|---|---|
| **S2** | **TYPE:** Single Response | **ALIAS:** Age 18+ Confirmation |
| | **LOGIC INSTRUCTIONS:** | |

Just to confirm, are you 18 years of age or older?
(Choose One Answer)

1 Yes
2 No

(PAGE BREAK)

| | | |
|---|---|---|
| **S3** | **TYPE:** Single Response | **ALIAS:** Adult HH Member Available |
| | **LOGIC INSTRUCTIONS:** ASK IF S2 CODE 2; OTHERWISE, SKIP TO Q1.<br>IF CODE 2 or 3 DNQ2 AND SKIP TO CLOSE. | |

Is there an adult aged 18 years or older available to take the survey?
(Choose One Answer)

1 Yes
2 No
3 Not at this time, but later

(PAGE BREAK)

| | | |
|---|---|---|
| **Q1** | **TYPE:** Single Response | **ALIAS:** Subject To Evacuation |
| | **LOGIC INSTRUCTIONS:** SHOW MAP IMAGE. | |

(IMAGE: Images/Map.jpg)

On November 12, 2025 at about 10 p.m. an evacuation and shelter in place order began in a section of Weatherford, Oklahoma, shown in the map above, after a tanker truck leaked anhydrous (AN-HY-drus) ammonia.

Were you subject to the evacuation or shelter in place order? That is, were you in the evacuation or shelter in place area at the time of the order, or not?
(Choose One Answer)

1 Yes, inside the evacuation or shelter in place area and subject to the order
2 No, not inside the evacuation or shelter or place area and not subject to the order
3 Not sure

(PAGE BREAK)

| Q2 | **TYPE:** Single Response | **ALIAS:** Resident At Time Of Evacuation |
|---|---|---|
| | **LOGIC INSTRUCTIONS:** | |

To confirm, were you a resident of Oklahoma during the evacuation and shelter in place period on November 12 and 13? That is, did you live in Oklahoma at that time?
(Choose One Answer)

1 Yes, resident of Oklahoma on November 12th and 13th (lived in Oklahoma at that time)
2 No, not a resident of Oklahoma

(PAGE BREAK)

| Q3 | **TYPE:** Single Response | **ALIAS:** Plan To Stay In OK |
|---|---|---|
| | **LOGIC INSTRUCTIONS:** | |

Do you plan to live in Oklahoma for the foreseeable future?
(Choose One Answer)

1 Yes, I plan to live in Oklahoma for the foreseeable future
2 No, I do not plan to live in Oklahoma for the foreseeable future

(PAGE BREAK)

| Q4 | **TYPE:** Numeric Open End | **ALIAS:** People In HH At Time Of Evacuation |
|---|---|---|
| | **LOGIC INSTRUCTIONS:** | |

How many people, <u>including yourself</u> and any other adults and children, lived in your household and were present in your home at the time of the evacuation and shelter in place order on November 12 and 13?
(Please Type A Whole Number In The Box Below)

Q4 [ ]

(PAGE BREAK)

(Q5 OMITTED)

| Q6 | **TYPE:** Numeric Open End | **ALIAS:** Others Plan To Stay |
|---|---|---|
| | **LOGIC INSTRUCTIONS:** ASK IF 2+ AT Q4; OTHERWISE, SKIP TO CLOSE. VALIDATE ANSWER IS EQUAL OR LESS THAN Q4. | |

<u>Including yourself</u> and any adults and children, how many people who lived in your household and were present in your home at the time of the evacuation and shelter in place order on November 12 and 13, **plan to live in Oklahoma for the foreseeable future?**
(Please Type A Whole Number In The Box Below)

Q6 [ ]

(PAGE BREAK)

| T1 | **TYPE:** HTML / Text Block | **ALIAS:** Exit Text |
|---|---|---|
| | **LOGIC INSTRUCTIONS:** | |

Thank you for your time today.

(PAGE BREAK)

Copyright © 2026 Decision Analyst