# EXHIBIT 2

**IN THE UNITED STATES DISTRICT COURT FOR**
**THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| Larry Brown et al., individually and on behalf of all others similarly situated, | ) | |
| Plaintiffs, | ) | |
| vs. | ) | Case No. CIV-25-1473-HE |
| Airgas Specialty Products, Inc., et al. | ) | |
| Defendants. | ) | |

**AFFIDAVIT OF MARCI RUSSELL**

| | | |
|---|---|---|
| STATE OF OKLAHOMA | ) | |
| | ) | ss: |
| COUNTY OF CUSTER | ) | |

I, Marci Russell, of lawful age, having first been duly sworn, depose and state as follows:

1. I am the President and Chairman of the Board of Directors for the Corn Heritage Village of Corn, Inc. and the Corn Heritage Village of Weatherford, Inc.

2. I have direct knowledge of the events giving rise to the claims herein.

3. As a direct result of the anhydrous ammonia leak by AirGas at the Holiday Inn Express in Weatherford, Oklahoma on the evening of November 12, 2025, the Corn Heritage Village ("CHV") located in Weatherford, Oklahoma, was forced to evacuate all of its residents on the evening of November 12, 2025. The evacuation continued throughout November 13, 2025.

4. In total, fifty-three (53) residents at CHV's Weatherford location were evacuated on November 12 and 13, 2025.

5. All 53 individuals evacuated from the CHV in Weatherford were Oklahoma citizens because: (1) they all lived at the CHV in Weatherford, (2) they were all residents of Oklahoma, and (3) they all intended to stay at the CHV in Oklahoma for the foreseeable future.

**FURTHER AFFIANT SAYETH NAUGHT.**

Marci Russell

**MARCI RUSSELL, Chairman of the Board of Directors for the Corn Heritage Village of Weatherford, Inc., and Corn Heritage Village of Corn, Inc.**

**SUBSCRIBED AND SWORN** to before me this 5th day of January, 2026.

NOTARY PUBLIC

My Commission Number: 21003800

My Commission Expires: 3/18/2029

LOLA BRUNER
Notary Public - State of Oklahoma
Commission Number 21003800
My Commission Expires Mar 18, 2029