# EXHIBIT 3

**IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| Larry Brown et al., individually and on behalf of all others similarly situated, | ) | |
| Plaintiffs, | ) | |
| vs. | ) | Case No. CIV-25-1473-HE |
| Airgas Specialty Products, Inc., et al. | ) | |
| Defendants. | ) | |

**AFFIDAVIT OF PARKER COFFMAN**

| | | |
|---|---|---|
| STATE OF OKLAHOMA | ) | |
| | ) | ss: |
| COUNTY OF CUSTER | ) | |

I, Parker Coffman, of lawful age, having first been duly sworn, depose and state as follows:

1. I have direct knowledge of the facts and statements made in this affidavit.

2. On January 6, 2026, I physically visited each and every business or entity located in the evacuation and shelter-in-place zones to determine the closing time for each business and entity on the date of the AirGas leak on November 12, 2025.

3. Thus, on November 12, 2025, the businesses identified below closed at the following times:

| | | |
|---|---|---|
| 1. | Walmart | 11:00 pm |
| 2. | Tractor Supply | 9:00 pm |

| | | |
|---|---|---|
| 3. | Home 2 Suites | 91 Rooms/Sold Out |
| 4. | Quiznos | 9:00 pm |
| 5. | Legacy Bank | 6:00 pm |
| 6. | Southwest Bank | 6:00 pm |
| 7. | Midwest Music | 5:30 pm |
| 8. | White Buffalo | 9:00 pm |
| 9. | Aaron's Rental | 7:00 pm |
| 10. | Dominos Gas | 10:30-11:00 pm |
| 11. | Ace Hardware | 8:00 pm |
| 12. | United | 10:00 pm |
| 13. | Jerry's | 3:00 pm |
| 14. | Caulkins Conoco | 9:00 pm |
| 15. | Arby's | 11:30 pm |
| 16. | O'Reilly's | 9:00 pm |
| 17. | Wendy's | 11:00 pm |
| 18. | McDonalds | — |
| 19. | Starbucks | 9:00 pm |
| 20. | Pizza Hut | 10:30 pm |
| 21. | Midfirst Bank | 5:00 pm |
| 22. | Walgreens | 10:00 pm |

| | | |
|---|---|---|
| 23. | Cricket | 7:00 pm |
| 24. | Burger King | 10:00 pm |
| 25. | Hibbets | 8:00 pm |
| 26. | Subway | 10:30 pm |
| 27. | Little Caesar's | 9:00 pm |
| 28. | Dollar General | 9:00 pm |
| 29. | Maurices | 8:00 pm |
| 30. | Goodwill | 9:00 pm |
| 31. | Harbor Freight | 8:00 pm |
| 32. | Taco Bell | 10:30-11:00 pm |
| 33. | Factory Connection | 7:00 pm |
| 34. | El Patio | 9:30 pm |
| 35. | Sally's | 7:00 pm |
| 36. | Bar B Que Shed | 8:00 pm |
| 37. | Weatherford Dentistry | 5:00 pm |
| 38. | Qdoba | 8:00 pm |
| 39. | T-Mobile | 8:00 pm |
| 40. | Sherwin Williams | 6:00 pm |
| 41. | Edward Jones | 5:00 pm |
| 42. | Hangry Joes | 8:45 pm |

| | | |
|---|---|---|
| 43. | Empire Finance | 5:30 pm |
| 44. | Weatherford Orthodontics | 5:00 pm |
| 45. | Luigis | 8:45 pm |
| 46. | Russell - Murray Hospice | 4:30 pm |
| 47. | Jasmine Digital Graphics | — |
| 48. | Traditions Health | 5:00 pm |
| 49. | Edward Jones Investments | 5:30 pm |
| 50. | Oklahoma College of Massage Therapy | 5:00 pm |
| 51. | Weatherford Public Schools Administration | 4:30 pm |
| 52. | Weatherford Complete Dental | 5:00 pm |
| 53. | First Baptist Church | 9:00 pm |
| 54. | Dominos Pizza | 12:00 am |
| 55. | Elite Vapor | 8:00 pm |
| 56. | Jiffy Trip | 12:00 am |
| 57. | Pecinas | 9:00 pm |
| 58. | New Creation | 7:00 pm |
| 59. | Osakis | 9:00 pm |
| 60. | Heartland Animal Hospital | 12:00 pm |
| 61. | Summit Bank | 6:00 pm |
| 62. | Nickels Point | 10:00 pm |

| | | |
|---|---|---|
| 63. | Great Plains Bank | 4:00 pm |
| 64. | Woods Insurance | 5:00 pm |
| 65. | Metro Mobile | 7:00 pm |
| 66. | Hibachi Buffet | 9:30 pm |
| 67. | Precision Engine Service | 5:00 pm |
| 68. | Enhabit Hospice | 5:00 pm |
| 69. | Therapeds | 5:00 pm |
| 70. | H + R Block | 4:00 pm |
| 71. | Endurance Federal Credit Union | 5:00 pm |
| 72. | American Locker | 4:30 pm |
| 73. | Fresh Eats | 6:00 pm |
| 74. | Mostly Mail | 5:00 pm |
| 75. | Matt Burd Construction | 5:00 pm |
| 76. | Laguna Pools | — |
| 77. | Fabulous Finds | 6:00 pm |
| 78. | Floor Trader | 5:00 pm |
| 79. | El Chaparral Tortilleria | 7:00 pm |
| 80. | Kids Choice Therapy | 5:00 pm |
| 81. | Vogt Enterprises | 4:00 pm |
| 82. | Cornerstone Home Health | 8:00 pm |

| | | |
|---|---|---|
| 83. | Diamond Nails | 7:00 pm |
| 84. | HZ Health Spa | 9:00 pm |
| 85. | Physical Therapy Central | 5:00 pm |
| 86. | Bank of Hydro | 6:00 pm |
| 87. | Weatherford Foot Clinic | — |
| 88. | The Jewel | 7:00 pm |
| 89. | Cinderella's Dance Studio | 8:00 pm |
| 90. | Step Up | 3:00 pm |
| 91. | Purple Haze | 8:00 pm |
| 92. | Royal Nails | 7:00 pm |
| 93. | Supercuts | 6:00 pm |
| 94. | 5 Eighty Grappling | 7:00 pm |
| 95. | Holistic Hideaway | 5:00 pm |
| 96. | Bourbon Street Wine & Spirits | 10:00 pm |
| 97. | Re-Leaf | 8:00 pm |
| 98. | HOA Fitness | 6:30-10:30 am |
| 99. | Salon J | 8:00 pm |
| 100. | Morlan Spine + Sport | 6:00 pm |

4. In total, I visited 100 businesses and determined each of their closing times on November 12, 2025.

5. I also determined that the Home 2 Suites had 91 guests on November 12, 2025.

6. The businesses with no closing time listed would either not provide a closing time or were closed when I stopped by their establishment.

**FURTHER AFFIANT SAYETH NAUGHT.**

Parker Coffman

**PARKER COFFMAN**

**SUBSCRIBED AND SWORN** to before me this 6th day of January, 2026.

NOTARY PUBLIC

My Commission Number:
21003800

My Commission Expires:
3/18/2029

LOLA BRUNER
Notary Public - State of Oklahoma
Commission Number 21003800
My Commission Expires Mar 18, 2029