# EXHIBIT 4

**IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| Larry Brown, Gary Albert, and Staci Albert, individually and on behalf of all others similarly situated,<br><br>Plaintiffs, | ) | |
| vs. | ) | Case No. CIV-25-1473-SLP |
| Airgas Specialty Products, Inc.; Airgas, Inc.; IHG Hotels & Resorts, PLC; IHG Franchisor, LLC; and Champion Hotels and Development Company of Oklahoma, LLC; and John Does 1-10<br><br>Defendants. | ) | *Removed from the District Court of Custer Court, State of Oklahoma, Case No. CJ-2025-149* |

**DECLARATION OF AMY ORZO**

1. I am over the age of 19, a resident of Florida and a paralegal with Wood Law Firm, LLC.

2. Wood Law Firm, LLC is associated with Clayton B. Bruner, PLLC for purposes of the above-captioned litigation. Mr. Wood's pro hac vice is pending.

3. According to the Secretary of State of Oklahoma's website, out of the 100 businesses in the evacuation and shelter-in-place zones, I have determined that at least 61 of the businesses are citizens of the State of Oklahoma.

I declare under penalty of perjury that everything I have stated in this document is true and correct.

Executed on January 7, 2026, at Orlando, Florida.

Amy Orzo