IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

LARRY BROWN, GARY ALBERT, and )
STACI ALBERT, individually and on )
behalf of all others similarly situated, )
)
          Plaintiffs, )
)
-vs- )
) NO. CIV-25-1473-HE
AIRGAS SPECIALITY PRODUCTS, )
INC., et al., )
)
          Defendants. )

## ORDER

In light of plaintiffs' notice [Doc. #29], plaintiffs' motion to remand [Doc. #16] is **STRICKEN**.

**IT IS SO ORDERED**.

Dated this 26th day of February, 2026.

_____
JOE HEATON
UNITED STATES DISTRICT JUDGE